```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JEANNE G. EBERSOLE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3017 |
| | ) | |
| V. | ) | |
| | ) | |
| LUCILLE KOPETZKY, and JON GIBSON, | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Upon the parties' request, the deadline for filing a joint stipulation for dismissal (or other dispositive stipulation) is continued to June 9, 2005.

DATED this 26th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge