IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANNE G. EBERSOLE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3017 |
| | ) | |
| v. | ) | |
| | ) | |
| LUCILLE KOPETZKY and JON GIBSON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The parties' oral motion is granted and the deadline for filing a joint stipulation for dismissal (or other dispositive stipulation) is continued to June 30, 2005.

DATED this 10th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge