IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANNE G. EBERSOLE, etc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3017 |
| | ) | |
| v. | ) | |
| | ) | |
| LUCILLE KOPETZKY and JON GIBSON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion to extend deadline, filing 17, is granted and the deadline to file a motion to dismiss is extended to August 1, 2005.

DATED this 5th day of July, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge