IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEANNE G. EBERSOLE acting in her capacity as Administrator and Named Fiduciary of the HSBC Bank USA Plan for Deferral of Executive Officers Salary,<br><br>          Plaintiff,<br><br>v.<br><br>LUCILLE KOPETZKY and JON ROBERT GIBSON (as executor of the Estate of Gary J. Schroeder),<br><br>          Defendants. | CASE NO. 4:05CV03017-DLP<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

THIS MATTER comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice.  The Court, being duly advised in the premises, finds that the dismissal should be granted and the following Order entered:

IT IS THEREFORE ORDERED that the above captioned case is dismissed with prejudice, a complete record waived, each party to bear its own costs.

DATED: July 29, 2005.

                                        BY THE COURT

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge

Prepared and submitted by:

Michelle Shandera Kugler (#21504)
REMBOLT LUDTKE LLP
1201 Lincoln Mall, Ste. 102
Lincoln, NE 68508
(402) 475-5087 - FAX
[mkugler@remboltludtke.com](mailto:mkugler@remboltludtke.com)
Attorney for Plaintiff

L:\PIESTER\CAR\Public\Proposed Orders\Ebersole-dism.wpd